# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff(s),<br>v.<br>CLARK COUNTY, NEVADA, et al.,<br>     Defendant(s). | Case No. 2:22-cv-00447-APG-NJK<br><br>**Order** |

Plaintiff United States of America brought this action to reduce to judgment outstanding federal assessments made against defendant Scott M. Cantor, for a determination that federal tax liens encumber real property located at 1412 Sun Copper Drive in Las Vegas, and for a determination of the validity and priority of liens and claims related to the Sun Copper Drive property. Some of the issues in the case have been resolved. *See* Docket Nos. 20-22. Nonetheless, some issues remain to be adjudicated. *See* Docket No. 31.

To date, a discovery plan has not been filed. The remaining parties to the case must confer and file, no later than April 18, 2023, either (1) a discovery plan that conforms to Local Rule 26-1 or (2) a joint statement that discovery is not need in this case, and a schedule for the case to move forward without discovery.

IT IS SO ORDERED.

Dated: April 4, 2023

                                                       Nancy J. Koppe
                                                       United States Magistrate Judge