# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff(s),<br>v.<br>CLARK COUNTY, NEVADA, et al.,<br>    Defendant(s). | Case No. 2:22-cv-00447-APG-NJK<br><br>**Order** |

Plaintiff United States of America brought this action to reduce to judgment outstanding federal assessments made against defendant Scott M. Cantor, for a determination that federal tax liens encumber real property located at 1412 Sun Copper Drive in Las Vegas, and for a determination of the validity and priority of liens and claims related to the Sun Copper Drive property.  Some of the issues in the case have been resolved.  *See* Docket Nos. 20-22.  Nonetheless, some issues remain to be adjudicated.  *See* Docket No. 31.

To date, a discovery plan has not been filed.  On April 4, 2023, the Court ordered the remaining parties to confer and to file, no later than April 18, 2023, either (1) a discovery plan that conforms to Local Rule 26-1 or (2) a joint statement that discovery is not needed in this case, and a schedule for the case to move forward without discovery.  Docket No. 34.  It is not clear whether that order was mailed to all parties, *see* Docket No. 34 (notice of electronic filing), and the parties have not complied with the order.

Accordingly, the Court orders the remaining parties to confer and to file, no later than May 9, 2023, either (1) a discovery plan that conforms to Local Rule 26-1 or (2) a joint statement that discovery is not needed in this case, and a schedule for the case to move forward without discovery.

1

**FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

Dated: April 25, 2023

_____
Nancy J. Koppe
United States Magistrate Judge