# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff(s),<br>v.<br>CLARK COUNTY, NEVADA, et al.,<br>    Defendant(s). | Case No. 2:22-cv-00447-APG-NJK<br><br>**Order** |

A status report indicates that a sale of the property is expected to take place on May 16, 2023, and that said sale may resolve the issues in dispute. Docket No. 36. No later than June 16, 2023, the parties are **ORDERED** to file either (1) papers to conclude this case or (2) a status report identifying any claims that remain in the case.

IT IS SO ORDERED.

Dated: May 10, 2023

                                                    Nancy J. Koppe<br>
                                                  United States Magistrate Judge