UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff(s),<br>v.<br>CLARK COUNTY, NEVADA, et al.,<br>　　Defendant(s). | Case No. 2:22-cv-00447-APG-NJK<br>**Order**<br>[Docket No. 38] |

　　　This is a civil tax case involving liens on property at 1412 Sun Copper Drive. *See* Docket No. 1. The claim of the United States has been resolved. *See, e.g.*, Docket No. 40. A crossclaim remains pending that James Wilson brought against Scott Cantor and Diane Cantor. *See* Docket No. 31 (denying motion to dismiss); *see also* Docket Nos. 32-33 (answers to crossclaim).

　　　Pending before the Court is Wilson's motion to stay pending resolution of a criminal state court prosecution of Scott Cantor related to the merits of the crossclaim in this case. Docket No. 38.[1] Federal courts have discretion to stay civil proceedings pending the outcome of other matters, including criminal cases. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also MGM Grand Hotel v. Long*, 2022 WL 1432620, at *1-2 (D. Nev. Apr. 20, 2022) (addressing standards specific to staying a civil case pending the outcome of criminal proceedings). Moreover, there is no opposition to the motion to stay in this case. The failure to file an opposition constitutes a consent to the granting of the motion. Local Rule 7-2(d).

---

[1] That criminal trial is currently set before Judge Eric Johnson for August 28, 2023. *See Trigueros v. Adams*, 658 F.3d 983, 987 (9th Cir. 2011) (federal courts may take judicial notice of state court records).

1

Accordingly, the motion to stay is **GRANTED**. Wilson must file a status report regarding the criminal proceedings on September 15, 2023, and every 90 days thereafter until the stay has been lifted.

IT IS SO ORDERED.

Dated: June 28, 2023

_____
Nancy J. Koppe
United States Magistrate Judge