# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-cv-00447-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| CLARK COUNTY, NEVADA, et al., | |
| Defendants | |

In light of the parties' joint status report (ECF No. 42),

I ORDER the parties to file a stipulation of dismissal by August 25, 2023.

DATED this 11th day of August, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE