1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                              Plaintiff,<br><br>v.<br><br>SCOTT M. CANTOR;<br>DIANE CANTOR;<br>BANK OF AMERICA;<br>AMERICAN EXPRESS NATIONAL BANK f/ka/ AMERICAN EXPRESS CENTURION BANK;<br>JAMES FRANK WILSON JR;<br>CLARK COUNTY, NEVADA<br><br>                                              Defendants. | Case No. 2:22-cv-00447-APG-NJK<br><br>**STIPULATION OF DISMISSAL** |

Cross-Plaintiff James Frank Wilson Jr. and Cross-Defendants, Scott Cantor and Diane Cantor, hereby stipulate to dismiss this case with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to bear their own costs and expenses, including attorney's fees.

//
//

1

|    |                      |                                                                                                                          |
|----|----------------------|--------------------------------------------------------------------------------------------------------------------------|
| 1  |                      |                                                                                                                          |
| 2  | Dated: _____     | James Frank Wilson, Jr.                                                                                                  |
| 3  |                      | 13012 Pacific Way                                                                                                        |
| 4  |                      | Long Beach, WA 98631                                                                                                     |
| 5  |                      |                                                                                                                          |
| 6  | Dated: 8-24-23       |                                                                                                                          |
| 7  |                      | Scott M. Cantor                                                                                                          |
| 8  |                      | 3167 Lido Isle Court                                                                                                     |
|    |                      | Las Vegas, Nevada 89117                                                                                                  |
| 9  |                      | scantorlaw@gmail.com                                                                                                     |
|    |                      | *Pro Se Defendant*                                                                                                       |
| 10 | Dated: 08/24/2023    |                                                                                                                          |
| 11 |                      | Diane Cantor                                                                                                             |
| 12 |                      | 3167 Lido Isle Court                                                                                                     |
|    |                      | Las Vegas, Nevada 89117                                                                                                  |
| 13 |                      | *Pro Se Defendant*                                                                                                       |

Dated: 8/24/2023

_____
James Frank Wilson, Jr.
13012 Pacific Way
Long Beach, WA 98631

Dated: _____

_____
Scott M. Cantor
3167 Lido Isle Court
Las Vegas, Nevada 89117
scantorlaw@gmail.com
*Pro Se Defendant*

Dated: _____

_____
Diane Cantor
3167 Lido Isle Court
Las Vegas, Nevada 89117
*Pro Se Defendant*

IT IS SO ORDERED:

Dated: August 28, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE